**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR 07 151 S |
| | : | |
| v. | : | Violation of Title 18, |
| | : | United States Code, Sections |
| CORY JOHNSON | : | 371 and 1957 |

**INFORMATION**

The United States Attorney charges that:

**COUNT 1**

**Introduction**

At all times material to this Information:

1. Mixitforme, Inc. ("Mixitforme") was as a corporation, incorporated in the State of Rhode Island on or about August 24, 2005. The corporation was formed for the purported purpose of selling electronic devices, primarily over the Internet.

2. Defendant CORY JOHNSON was the President of Mixitforme, and the signatory on Mixitforme checking account # 52011921 located at Bank RI.

3. NOVA Information Systems, Inc. ("NOVA") was a company that acted as a credit card processing firm for both VISA and Mastercard credit cards.

4. East Commerce Solutions, Inc. ("East Commerce") was a corporation that acted as an intermediary between credit card processors and small businesses.

5. Beginning in or about September, 2005, and continuing until in or about March, 2006, in the District of Rhode Island and elsewhere, the defendant, CORY JOHNSON, together with others known and unknown to the United States Attorney, knowingly, willfully, and

unlawfully combined, conspired and agreed with each other to commit the following offense against the United States: to knowingly and willfully devise and attempt to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and to transmit and cause to be transmitted in interstate and foreign commerce, writings, signs, signals, and sounds for the purpose of executing said scheme and artifice, in violation of 18 U.S.C. § 1343.

6. It was the purpose and objective of the conspiracy to obtain funds from NOVA based on false and fraudulent pretenses, representations and promises concerning the financial status and history of Mixitforme.

**Manner and Means of the Conspiracy**

7. It was part of the conspiracy that in or about September 2005, Mixitforme was seeking a credit card processor for the purpose of enabling Mixitforme to execute Visa and Mastercard credit card transactions that were placed with Mixitforme over the Internet and by telephone.

8. It was further a part of the conspiracy that on or about September 15, 2005, defendant CORY JOHNSON and another representative of Mixitforme met with a representative of East Commerce. During that meeting, it was agreed that Mixitforme would apply to NOVA to process its credit card transactions. The representative from East Commerce advised defendant CORY JOHNSON and the other representative of Mixitforme that Mixitforme would need to submit various application documents to NOVA, including an application form, tax returns and financial information.

9. It was further a part of the conspiracy that defendant CORY JOHNSON and another representative of Mixitforme prepared and submitted various application documents to East Commerce for ultimate submission to NOVA. Included among these documents were the purported Federal individual tax returns of CORY JOHNSON for the years 2003 and 2004. The tax returns which Mixitforme submitted to NOVA were not, in fact, true copies of the tax returns which CORY JOHNSON submitted to the Internal Revenue Service (IRS). The tax returns which were submitted to East Commerce, which were signed by CORY JOHNSON, contained Schedule Cs which falsely represented that in 2003 Mixitforme had gross receipts in the amount of approximately $365,129, and that in 2004 Mixitforme had gross receipts in the amount of approximately $1,967,327. In truth and in fact, Mixitforme was not in business during the years 2003 and 2004, and CORY JOHNSON's actual Federal individual tax returns which he submitted to the IRS for the years 2003 and 2004 did not reflect any business income from Mixitforme.

10. It was further a part of the conspiracy that on or about October 28, 2005, East Commerce sent to NOVA by facsimile transmission the completed application package from Mixitforme, including the false tax returns of defendant CORY JOHNSON.

11. It was further a part of the conspiracy that on or about November 23, 2005, in reliance on the application package which East Commerce submitted to NOVA on behalf of Mixitforme, including the false tax returns of defendant CORY JOHNSON, NOVA entered into an agreement with Mixitforme to act as its credit card processor. The business relationship between Mixitforme and NOVA required Mixitforme to maintain a certain cash reserve with NOVA.

12. It was further a part of the conspiracy that between approximately November 2005 and March 2006, NOVA processed millions of dollars worth of credit card transactions on behalf of Mixitforme. As part this processing function, NOVA wired millions of dollars from its bank accounts located in Atlanta, Georgia, Minneapolis, Minnesota, and Knoxville, Tennessee, into the bank account of Mixitforme located at Bank RI in Providence, RI.

13. It was further a part of the conspiracy that in March 2006, Mixitforme ceased business operations. Following the cessation of Mixitforme business activities, NOVA received complaints from hundreds of customers stating that they had not received the products which they had ordered from Mixitforme and charged on their credit cards.

14. It was further a part of the conspiracy that as a result of the complaints received from customers of Mixitforme, NOVA refunded to these credit card customers approximately $3,178,347 in charges that were incurred on credit cards for products that were never delivered by Mixitforme. NOVA was able to offset the $3,178,347 with the cash reserve which it held on behalf of Mixitforme in the amount of approximately $954,460, resulting in a loss to NOVA in the approximate amount of $2,223,887.

**Overt Acts Performed in Furtherance of the Conspiracy**

In furtherance of the conspiracy and to accomplish its objectives and purposes, at least one of the following overt acts, among others, were committed by one or more of the coconspirators, in the District of Rhode Island and elsewhere:

15. On or about September 15, 2005, defendant CORY JOHNSON and another representative of Mixitforme met with a representative of East Commerce in Providence, R.I.

16. In or about September 2005, defendant CORY JOHNSON and another representative of Mixitforme prepared and submitted various application documents to East Commerce for ultimate submission to NOVA, including false Federal individual tax returns of CORY JOHNSON for the years 2003 and 2004.

17. On or about October 28, 2005, defendant CORY JOHNSON and another representative of Mixitforme caused East Commerce to send to NOVA by facsimile transmission from East Providence, R.I., to Knoxville, Tennessee, the completed application package from Mixitforme, including the false tax returns of CORY JOHNSON.

18. Between approximately November 2005 and March 2006, defendant CORY JOHNSON and another representative of Mixitforme caused NOVA to wire millions of dollars into the bank account of Mixitforme located at the Bank RI branch in Providence, R.I., including the wiring of approximately $476,208 from NOVA into the Mixitforme bank account at Bank RI on or about December 7, 2005.

All in violation of 18 U.S.C. § 371.

## COUNT 2

1. The United States Attorney realleges and incorporates by reference paragraphs 1 through 18 of Count One of this Information in their entirety as though fully set forth herein.

2. On or about December 12, 2005, in the District of Rhode Island, defendant CORY JOHNSON, did knowingly engage and attempt to engage in a monetary transaction by and through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000; that is, the transfer of $27,000 from the Mixitforme bank account located at Bank RI to JOHNSON's personal bank account at Bank RI,

such property having been derived from a specified unlawful activity, that is, Wire Fraud, in violation of 18 U.S.C. § 1343.

All in violation of 18 U.S.C. § 1957.

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

LEE H. VILKER
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Criminal Chief
Assistant U.S. Attorney

Dated: 12/14/07