AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Cory Johnson

APPEARANCE

CASE NUMBER: CR07-151S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cory Johnson

I certify that I am admitted to practice in this court.

12/19/07
*Date*

[signature]
*Signature*

WILLIAM J. DELANEY 3643
*Print Name* *Bar Number*

55 DORRANCE STREET
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-272-5520 401-2725501
*Phone Number* *Fax Number*

This form was electronically produced by John Bichelis and Richard Jones using Omniform Internet Publisher.