O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
DEC 14 2007
U.S. DISTRICT COURT
DISTRICT OF R.I.

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
CORY JOHNSON

WAIVER OF INDICTMENT

CASE NUMBER: CR 07 151S

I, CORY JOHNSON, the above named defendant, who is accused of

conspiracy to commit wire fraud and money laundering

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/9/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

CORY JOHNSON
Defendant

WILLIAM J. DELANEY, ESQ.
Counsel for Defendant

Before ______________________
Judicial Officer
USMJ